United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY HELMS and GREGORY GUZMAN, ) | Case No. 5:12-cv-06558-PSG |
| Plaintiffs, ) | **ORDER AND WRIT OF HABEAS** |
| v. ) | **CORPUS AD TESTIFICANDUM** |
| FRANK (PAT) GRACEY, et al., ) | |
| Defendants. ) | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus

Ad Testificandum for the person of Gary Lee Helms, CDCR No. AL2751, presently in custody at

the California Health Care Facility in Stockton, California, as the presence of said witness will be

necessary for proceedings related to the above-entitled case.

The custodian of Gary Lee Helms may discharge the obligations pursuant to this writ by

providing alternative arrangements for a confidential telephone call between Gary Lee Helms and

his counsel of no less than fifteen minutes of speaking time between Helms and counsel prior to

July 10, 2014.

**IT IS SO ORDERED.**

Dated: June 30, 2014

_Paul S. Grewal_
PAUL S. GREWAL
United States Magistrate Judge

TO:     Head Jailer, Salinas Valley State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of Gary Lee Helms, CDCR No. AL2751, in your custody in the above-mentioned institution, before the United States District Court at 280 South First Street, San Jose, Courtroom 5, at 8:30 a.m. on Thursday, July 10, 2014, in order that said prisoner may then and there consult with his counsel regarding the pending case *Helms v. Gracey*, Case No. 5:12-cv-06558-PSG and at the termination of said meeting return him forthwith to the above-mentioned institution, or abide by such order of the above-entitled court as shall thereafter be made concerning the custody of said prisoner.

        The custodian of Gary Lee Helms may discharge the obligations pursuant to this writ by providing alternative arrangements for a confidential telephone call between Gary Lee Helms and his counsel of no less than fifteen minutes of speaking time between Helms and counsel prior to July 10, 2014.

        Witness the Honorable Paul S. Grewal, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: June 30, 2014



RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

  / s /

By: Oscar Rivera
Courtroom Deputy to U.S. Magistrate Judge Paul S. Grewal

Dated: June 30, 2014

Paul S. Grewal
United States Magistrate Judge

<div style="text-align:center">2</div>

Case No. 5:12-cv-06558-PSG
ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

<div style="writing-mode:vertical">United States District Court
For the Northern District of California</div>